| Fill in this information to identify your case: |
|---|
| United States Bankruptcy Court for the: |
| SOUTHERN DISTRICT OF FLORIDA |
| Case number *(if known)* _____ Chapter **11** |

☐ Check if this an amended filing

Official Form 201
## Voluntary Petition for Non-Individuals Filing for Bankruptcy    4/19

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | **Debtor's name** | **FOXHOLE BAR, LLC** |
| 2. | **All other names debtor used in the last 8 years** Include any assumed names, trade names and *doing business as* names | |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | **45-2499338** |

| | | **Principal place of business** | **Mailing address, if different from principal place of business** |
|---|---|---|---|
| 4. | **Debtor's address** | **1218 14th Court** **Miami Beach, FL 33139** Number, Street, City, State & ZIP Code | _____ P.O. Box, Number, Street, City, State & ZIP Code |
| | | **Miami-Dade** County | **Location of principal assets, if different from principal place of business** _____ Number, Street, City, State & ZIP Code |

| | | |
|---|---|---|
| 5. | **Debtor's website** (URL) | |
| 6. | **Type of debtor** | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP)) |
| | | ☐ Partnership (excluding LLP) |
| | | ☐ Other. Specify: _____ |

Debtor  **FOXHOLE BAR, LLC**_____   Case number (*if known*)_____
        Name

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
☐ Railroad (as defined in 11 U.S.C. § 101(44))
☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)
☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)
☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
See http://www.uscourts.gov/four-digit-national-association-naics-codes.

____

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

☐ Chapter 7
☐ Chapter 9
■ Chapter 11. *Check all that apply*:

  ■ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,725,625 (amount subject to adjustment on 4/01/22 and every 3 years after that).

  ■ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

  ☐ A plan is being filed with this petition.

  ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

  ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

  ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

■ No.
☐ Yes.

If more than 2 cases, attach a separate list.

District _____ When _____ Case number _____
District _____ When _____ Case number _____

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

■ No
☐ Yes.

List all cases. If more than 1, attach a separate list

Debtor _____ Relationship _____
District _____ When _____ Case number, if known _____

Official Form 201        **Voluntary Petition for Non-Individuals Filing for Bankruptcy**        page 2

Debtor   **FOXHOLE BAR, LLC**                                    Case number (*if known*)
         Name

**11. Why is the case filed in *this district?*** *Check all that apply:*

- ■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.
- ☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

- ■ No
- ☐ Yes.  Answer below for each property that needs immediate attention. Attach additional sheets if needed.

  **Why does the property need immediate attention?** (*Check all that apply.*)
  - ☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
    What is the hazard? _____
  - ☐ It needs to be physically secured or protected from the weather.
  - ☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).
  - ☐ Other _____

  **Where is the property?** _____
  Number, Street, City, State & ZIP Code

  **Is the property insured?**
  - ☐ No
  - ☐ Yes.  Insurance agency _____
           Contact name _____
           Phone _____

■ **Statistical and administrative information**

**13. Debtor's estimation of available funds**   *Check one:*

- ■ Funds will be available for distribution to unsecured creditors.
- ☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

- ■ 1-49
- ☐ 50-99
- ☐ 100-199
- ☐ 200-999
- ☐ 1,000-5,000
- ☐ 5001-10,000
- ☐ 10,001-25,000
- ☐ 25,001-50,000
- ☐ 50,001-100,000
- ☐ More than 100,000

**15. Estimated Assets**

- ■ $0 - $50,000
- ☐ $50,001 - $100,000
- ☐ $100,001 - $500,000
- ☐ $500,001 - $1 million
- ☐ $1,000,001 - $10 million
- ☐ $10,000,001 - $50 million
- ☐ $50,000,001 - $100 million
- ☐ $100,000,001 - $500 million
- ☐ $500,000,001 - $1 billion
- ☐ $1,000,000,001 - $10 billion
- ☐ $10,000,000,001 - $50 billion
- ☐ More than $50 billion

**16. Estimated liabilities**

- ☐ $0 - $50,000
- ☐ $50,001 - $100,000
- ■ $100,001 - $500,000
- ☐ $500,001 - $1 million
- ☐ $1,000,001 - $10 million
- ☐ $10,000,001 - $50 million
- ☐ $50,000,001 - $100 million
- ☐ $100,000,001 - $500 million
- ☐ $500,000,001 - $1 billion
- ☐ $1,000,000,001 - $10 billion
- ☐ $10,000,000,001 - $50 billion
- ☐ More than $50 billion

Debtor **FOXHOLE BAR, LLC**
Name

Case number (*if known*)

## Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **October 17, 2019**
MM / DD / YYYY

**X /s/ Angel Fabres**
Signature of authorized representative of debtor

**Angel Fabres**
Printed name

Title **Manager**

**18. Signature of attorney**

**X /s/ Thomas L. Abrams**
Signature of attorney for debtor

Date **October 17, 2019**
MM / DD / YYYY

**Thomas L. Abrams 74329**
Printed name

**Gamberg & Abrams**
Firm name

**1776 North Pine Island Road**
**Suite 215**
**Fort Lauderdale, FL 33322**
Number, Street, City, State & ZIP Code

Contact phone **(954) 523-0900**   Email address **tabrams@tabramslaw.com**

**74329 FL**
Bar number and State

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | **FOXHOLE BAR, LLC** |
| United States Bankruptcy Court for the: | **SOUTHERN DISTRICT OF FLORIDA** |
| Case number (if known): | |

☐ Check if this is an amended filing

Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders 12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim — If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 5151 Entertainment 7800 Collins Avenue, Suite 406 Miami Beach, FL 33141 | | | | | | $8,687.14 |
| ASCAP P.O. BOX 331608-7515 Nashville, TN 37200 | | | | | | $1,061.34 |
| CINTAS 1111 N.W. 209th Avenue Hollywood, FL 33029 | | | | | | $619.47 |
| City of Miami Beach 1700 Convention Center Drive Miami Beach, FL 33139 | | | | | | Unknown |
| City of Miami Beach Taxing Authority 1700 Convention Center Drive Miami Beach, FL 33139 | | | | | | Unknown |
| Coca Cola Beverages Florida P.O. BOX 740909 Atlanta, GA 30374-0909 | | | | | | $822.92 |
| Culture Club Society LLC 698 NE 1 Ave Miami, FL 33132 | | | | | | $3,386.79 |

Debtor  **FOXHOLE BAR, LLC**  
Name

Case number *(if known)*

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim — Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
|---|---|---|---|---|---|---|
| **HOMECOOKIN HOSPITALITY GROUP** 5151 COLLINS AVENUE SUITE 321 Miami Beach, FL 33140 | | | | | | $8,497.14 |
| **Internal Revenue Service** Centralzed Insolvency Operations P.O. Box 2116 Philadelphia, PA 19101 | | **941 taxes** | | | | $6,369.00 |
| **MLE LAW** 633 S. ANDREWS AVENUE # 500 Fort Lauderdale, FL 33301 | | | | | | $5,000.00 |
| **ROCKWELL TALENT LLC** 2050 CORAL WAY #520 Miami, FL 33145 | | | | | | $400.00 |
| **SMGQ LAW** 201 ALHAMBRA CIRCLE Miami, FL 33134 | | | | | | $1,000.00 |
| **Washington Charles** 203 NE 65 Street Miami, FL 33138 | | | | | | $5,110.35 |

```
5151 Entertainment
7800 Collins Avenue, Suite 406
Miami Beach, FL 33141


Aglysis
1858 Paysphere Circle
Chicago, IL


ASCAP
P.O. BOX 331608-7515
Nashville, TN 37200


CINTAS
1111 N.W. 209th Avenue
Hollywood, FL 33029


City of Miami Beach
1700 Convention Center Drive
Miami Beach, FL 33139


City of Miami Beach Taxing Authority
1700 Convention Center Drive
Miami Beach, FL 33139


Coca Cola Beverages Florida
P.O. BOX 740909
Atlanta, GA 30374-0909


Culture Club Society LLC
698 NE 1 Ave
Miami, FL 33132


Direct TV
P.O. BOX 31621
Tampa, FL 33631


ECOLAB
P.O. BOX 32027
New York, NY 10087-2027


ECOLAB
P.O. BOX 32027
New York, NY 10087-2027
```

Florida Department of Revenue
Bankruptcy Section
PO Box 6668
Tallahassee, FL 32314-6668


Florida Department of Revenue
5050 West Tennessee Street
Tallahassee, FL 32399


Florida Workers Comp JUA Inc.
P.O. BOX 5600
Hartford, CT 06102


Florida Workers Comp JUA Inc.
P.O. BOX 5600
Hartford, CT 06102


GCD DEVELOPMENT
2520 JARDIN DRIVE
Fort Lauderdale, FL 33327


GCD Development LLC (landlord real prop)
2520 Jardin Drive
Fort Lauderdale, FL 33327


HOMECOOKIN HOSPITALITY GROUP
5151 COLLINS AVENUE
SUITE 321
Miami Beach, FL 33140


Internal Revenue Service
Centralzed Insolvency Operations
P.O. Box 2116
Philadelphia, PA 19101


IPFS CORPORATION
900 ASHWOOD PARKWAY, SUITE 370
Atlanta, GA 30338


IPFS CORPORATION
900 ASHWOOD PARKWAY, SUITE 370
Atlanta, GA 30338

```
Jorge Gesen Galloso
c/o Sina Negahbani, Esquire
PO Box 566055
Miami, FL 33256


Louis J. Terminello, Trustee
600 BRICKELL AVE #3600
Miami, FL 33131


MLE LAW
633 S. ANDREWS AVENUE # 500
Fort Lauderdale, FL 33301


ROCKWELL TALENT LLC
2050 CORAL WAY #520
Miami, FL 33145


SMGQ LAW
201 ALHAMBRA CIRCLE
Miami, FL 33134


TRAVELERS INSURANCE
1200 S PINE ISLAND ROAD #600
Fort Lauderdale, FL 33324


TRAVELERS INSURANCE
1200 S PINE ISLAND ROAD #600
Fort Lauderdale, FL 33324


Washington Charles
203 NE 65 Street
Miami, FL 33138
```